IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANA C TORRES

Plaintiff

v.                                        Case No. 105CV02158

MICHAEL F DIMARIO ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: **BRUCE JAMES**
With the following list of documents: **SUMMONS, COMPLAINT, NOTICE OF CONSENT TO TRIAL BEFORE A US MAGISTRATE JUDGE AND EXHIBITS**
By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with: **DREW SPALDING**
Title/relationship: DEPUTY GENERAL COUNSEL
On: **Feb 24 06** at **1248p,** at the address of **732 N CAPITOL ST NW WASHINGTON DC 20401**

Manner of Service:

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and discretion, and explaining the general nature of the documents.

X Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ Other

Signature: _____       Date: 3-7-06
Roland Gonzales
Contracted by Due Process                    Subscribed and sworn before me this 7
P.O. Box 2396                                day of March, 2006
Columbia, MD 21045
800-228-0484
003611 ANA

*[Notary Seal: ADAM H. PARKER, NOTARY PUBLIC, HOWARD CO., MD]*

My comm. exp. Feb. 20, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANA C TORRES

Plaintiff

v.                                Case No. 105CV02158

MICHAEL F DIMARIO ET AL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

I served: **MICHAEL F DIMARIO**
With the following list of documents: **SUMMONS, COMPLAINT, NOTICE OF CONSENT TO TRIAL BEFORE A US MAGISTRATE JUDGE AND EXHIBITS**
By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with: **DREW SPALDING**
Title/relationship: DEPUTY GENREAL COUNSEL
On: **Feb24 06** at **1248p**, at the address of **732 N CAPITOL ST NW WASHINGTON DC 20401**

Manner of Service:

__ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the person being served with a member of the household of suitable age and discretion, and explaining the general nature of the documents.

X Corporate, Registered Agent or Legal Representative Service: By leaving with an officer, director or a person who stated they had authority to accept service of process for the above listed person or entity.

__ Other

Signature: _[signature]_   Date: 3-7-06
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484
003612 ANA

Subscribed and sworn before me this 7 day of March, 2006

_[signature]_

[Notary seal: ADAM H. PARKER, NOTARY PUBLIC, HOWARD CO., MD]

My comm. exp. Feb. 20, 2008