UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2158 (HHK) |
| | ) |
| MICHAEL F. DIMARIO, | ) |
| (Former) Public Printer & | ) |
| Bruce James, | ) |
| (Present) Public Printer | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION FOR ONE WEEK EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF**

The Defendant, in the above-captioned case, through counsel, the United States Attorney for the District of Columbia, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a one-week extension of time within which to file an answer or other response to the Complaint, from today, Tuesday, April 25, 2006, up to and including Tuesday, May 2, 2006. Counsel for the Defendant could not contact Plaintiff, *Pro se*, when he attempted to contact her concerning her position on this motion.

This extension of time is necessitated by circumstances that have prevented Counsel for the Defendant from having the time to prepare a response to the Complaint in this matter. Specifically, Counsel for the Defendant fell ill on April 15, 2006, to the point of being virtually incapacitated until April 20, 2006, when Counsel was able to return to work, albeit not at full capacity. As a result of this time lost, Counsel had to postpone several litigation responsibilities, including filing a reply in Gilbert v. Chertoff, C.A. No. 05-2128 (RJL) and extensive discovery and conferral obligations in

Hubbard v. Potter, C.A. No. 02-2364 (RMC), which had to be satisfied later in Counsel's schedule. These postponed litigation responsibilities, as well as others, and time consumed from illness have consumed time that Counsel otherwise would have had to prepare a response to the Complaint in this case. Accordingly, Defendant seeks an extension of time of one week to permit Counsel for the Defendant time to respond to the Complaint.

WHEREFORE, Defendant submits that his Motion for an Extension of Time to File A Response to the Complaint should be granted.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                UNITED STATES ATTORNEY
                D.C. BAR NUMBER 451-058

By:                 /s/                
      OLIVER W. MCDANIEL, D.C. Bar No. 377-360
      Assistant United States Attorney
      Civil Division
      555 4th Street, N.W.
      Washington, D.C.  20530
      (202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2006, I caused the foregoing Defendant's Motion for an Extension of Time to File A Response to the Complaint to be served on Plaintiff, *Pro se*, counsel by the Electronic Court Filing system, to the extent that she has access, and by first-class mail, postage prepaid, addressed as follows:

**Ana C. Torres**
**6306 Roan Stallion Lane**
**Columbia, MD 21045**

/s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739