**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANA C. TORRES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 05-2158 (HHK)** |
| | ) | |
| BRUCE R. JAMES, Public Printer, | ) | |
| United States Government | ) | |
| Printing Office, | ) | |
| | ) | |
| **Defendant.** | ) | |

**ANSWER**

The Defendant, Bruce R. James, Public Printer, United States Government Printing Office ("GPO"), through counsel, the United States Attorney for the District of Columbia, herein answers the Complaint as follows:

**First Defense**

Plaintiff fails to state a claim upon which relief may be granted.

**Second Defense**

Defendant's actions in connection with the claims in this case were in full compliance with law and regulations.

**Third Defense**

Defendant denies any discrimination against Plaintiff, but asserts that, regardless of any such claimed motivations, GPO would have made the same selection that is challenged by Plaintiff.

**Fourth Defense**

To the extent that an allegation is not admitted, it is denied. The following paragraphs respond to the numbered paragraphs of the Complaint.

## COMPLAINT

1.      This paragraph is plaintiffs characterization of her lawsuit and, as such, needs no response.

To the extent that an answer is deemed necessary, this paragraph is denied.

2.      Admit.

3.      Admit.

## JURISDICTION AND VENUE

4.      This paragraph is Plaintiff's statement of jurisdiction and, as such, requires no response. To

the extent that an answer is deemed required, this paragraph is denied.

5.      This paragraph is Plaintiff's statement regarding venue and, as such, needs no response. To

the extent that an answer is deemed necessary, this paragraph is denied.

6.      This paragraph is Plaintiff's statement concerning administrative exhaustion and, as such,

requires no response. To the extent that a response is deemed necessary, this paragraph is denied.

## PARTIES

7.      Defendant has insufficient information to confirm or deny the allegations of this paragraph.

8.      Defendant has insufficient information to confirm or deny the allegations of this paragraph.

9.      Deny. Plaintiff is currently employed by Defendant as an Office Planner.

10.     Admit that the U.S. Government Printing Office is an agency of the Federal Government with

its main offices located in Washington, D.C.

## FACTS

11.     Admit.

12.     Admit.

13.     Admit.

14.    Admit that the selecting official's opinion was that the selectee was the only qualified person

referred to him. Admit that, had selectee not applied for or refused the position, the selecting

official would have requested that the Human Capital Office re-advertise the position as "all

sources" in an effort to widen the pool of qualified applicants. In all other respects, deny.

15.    Deny.

16.    Deny.

## CLAIMS

17.    Deny.

18.    Deny.

## PRAYER FOR RELIEF

Paragraphs 1-8 on page 3 of her complaint contain plaintiffs prayer for relief to which no

response is required. To the extent that a response is deemed necessary, defendant specifically denies

that plaintiff is entitled to the relief requested or to any relief whatsoever.

WHEREFORE, the Defendant demands as follows:

1.      Judgment in his favor and against Plaintiffs;

2.      For all costs incurred herein; and

3.      For any and all relief to which it may appear to be entitled.


                                    Respectfully submitted,



                                    _____/s/_____
                                    KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                    United States Attorney



                                    _____/s/_____
                                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                                    Assistant United States Attorney



                                    _____/s/_____
                                    OLIVER W. McDANIEL, D.C. Bar #377360
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 616-0739


**OF COUNSEL:**
Jennifer R. Seifert
Assistant General Counsel
U.S. Government Printing Office

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2006, I caused the foregoing Answer to be served

on Plaintiff, *Pro se*, counsel by the Electronic Court Filing system, to the extent that she has access,

and by first-class mail, postage prepaid, addressed as follows:

**Ana C. Torres**
**6306 Roan Stallion Lane**
**Columbia, MD 21045**

_____/s/_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739
