UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A.No.: 05-2158 (HHK) |
| | ) |
| BRUCE R. JAMES, Public Printer, | ) |
| U.S. Government Printing Office, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of David H. Shapiro and James E. Simpson as counsel for plaintiff.

Respectfully submitted,

_____/s/_____
David H. Shapiro
D.C. Bar No. 961326
James E. Simpson
D.C. Bar No. 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff