UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES, | ) |
| Plaintiff, | ) |
| v. | ) C.A.No.: 05-2158 (HHK) |
| BRUCE R. JAMES, Public Printer, U.S. Government Printing Office, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO RESCHEDULE INITIAL
SCHEDULING CONFERENCE**

Plaintiff, by and through her below-signed counsel, respectfully moves to reschedule the initial scheduling conference for a date no earlier than July 21, 2006. The scheduling conference in this matter is currently set for Thursday, June 29, 2006, at 10:30 a.m.

The reason for this motion is that plaintiff just retained the law firm of Swick & Shapiro, P.C., to represent her in this matter (on June 22, 2006) and counsel will need some time to become familiar with the file in order to propose a discovery plan, to confer about it with defendant's counsel, and to draft a joint Rule 16.3 report for the Court.

On June 23, 2006, plaintiff's counsel attempted to contact defendant's counsel to seek consent to this motion, but defendant's counsel was unavailable. Accordingly, plaintiff's counsel left a voice mail message for defendant's counsel concerning this motion.

Respectfully submitted,

_____/s/_____
David H. Shapiro
D.C. Bar No. 961326
James E. Simpson
D.C. Bar No. 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE R. JAMES, Public Printer,<br>   U.S. Government Printing Office,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A.No.: 05-2158 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the plaintiff's motion to reschedule the initial scheduling conference for a later date, it is hereby

ORDERED that the plaintiff's motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the initial scheduling conference shall be set for _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
dhshapiro@swickandshapiro.com

    and

Oliver McDaniel
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Oliver.McDaniel@usdoj.gov

2