UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2158 (HHK) |
| | ) |
| MICHAEL F. DIMARIO, | ) |
| (Former) Public Printer & | ) |
| Bruce James, | ) |
| (Present) Public Printer | ) |
| | ) |
| **Defendant.** | ) |

**CONSENT MOTION TO CONTINUE
THE INITIAL SCHEDULING CONFERENCE,
AND MEMORANDUM IN SUPPORT THEREOF**

    Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to continue the Initial Status Conference in this action from August 2, 2006, at 9:45 a.m., to a date during the week of August 7, 2006, that is, except August 11, 2006.[1] Counsel for the Defendant specifically requests August 10, 2006, if this date is convenient to the Court. Counsel for the Defendant has conferred with Counsel for the Plaintiff, James E. Simpson, who indicated the availability of Counsel on the requested dates and Plaintiff's consent to this motion.

    This continuance is sought because the timing of the current scheduling conference conflicts with the pre-existing personal vacation time of Counsel for the Defendant. Counsel respectfully asks the Court to accommodate Counsel's personal schedule so that he may attend the hearing. Counsel

---

[1] If this week is unavailable to the Court, Counsel requests another date that is convenient to the Court and Counsel.

for the Defendant would have filed this motion earlier, but Counsel wanted to insure that he was able to confer with Counsel for the Plaintiff about the motion before filing it.

WHEREFORE, Defendant respectfully requests that this consent motion to continue the initial status conference in this case from August 2, to August 10, 2006, or to another mutually convenient date, as specified herein, be granted.

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
                                        UNITED STATES ATTORNEY
                                        D.C. BAR NUMBER 451-058

By:                     /s/                   
                                        OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 616-0739

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, this 20th day of July, 2006, reliance on the Electronic Court Filing system (ECF) to insure that digital copies of the foregoing Defendant's Consent Motion to Continue the Initial Scheduling Conference, and Memorandum in Support Thereof, and an attached Proposed Order, have been served on Counsel for the Plaintiff, or, if this means fails, then reliance on first class mail, postage prepaid, for delivery of paper copies, addressed to:

**David Shapiro, Esquire**
**James E. Simpson, Esquire**
**SWICK & SHAPIRO**
**1225 I Street, N.W., Suite 1290**
**Washington, D.C.  20005**

                                          /s/
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739