UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2158 (HHK) |
| | ) |
| MICHAEL F. DIMARIO, | ) |
| (Former) Public Printer & | ) |
| Bruce James, | ) |
| (Present) Public Printer | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion to Continue the Initial Scheduling Conference, Memorandum in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion to Continue the Initial Scheduling Conference be GRANTED, and it is

FURTHER ORDERED that Initial Scheduling Conference shall be held on August _____, 2006, at _____.

Dated this _____ day of _____, 2006.

_____
United States District Judge

cc:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

David Shapiro, Esquire
James E. Simpson, Esquire
SWICK & SHAPIRO
1225 I Street, N.W., Suite 1290
Washington, D.C.  20005