## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANA C. TORRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.No.:  05-2158 (HHK) |
| | ) | |
| BRUCE R. JAMES, Public Printer, | ) | |
| U.S. Government Printing Office, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### REPORT PURSUANT TO RULE 16.3

Pursuant to LCvR 16.3, the parties hereby report to the court that counsel for the parties conferred on August 9, 2006.  As a consequence of this conference, the parties hereby report to the Court as follows:

**1.  Case Scheduling:**  There are no pending motions.  The parties do not believe that discovery should be stayed at this time for dispositive motions.

**2.  Joinder/Amendment/Narrowing:**  The parties do not anticipate the necessity to join third parties or to amend the pleadings further.  Neither party believes that the legal or factual issues can be narrowed at this time.

**3.  Assignment To Magistrate Judge:**  Plaintiff consents to assignment of this case to a magistrate judge for all purposes; does not consent at this time to a magistrate for all purposes.

**4.  Settlement Possibility:**  The parties do not see the possibility of settlement at this time. However, the parties will continue to be open to settlement discussions.

**5. Alternative Dispute Procedures:** At this time, the parties do not believe that the case could benefit from the Court's ADR process. The parties will inform the Court if it appears that mediation might be useful later on.

**6. Dispositive Motions:** Defendant anticipates that he will file a dispositive motion upon the close of discovery in this case. The parties suggest that any post-discovery dispositive motion should be filed within 60 days after the close of discovery, that any opposition to that motion should be filed within 45 days of the filing of the dispositive motion, and that any reply to the opposition should be filed within 21 days of the filing of the opposition.

**7. Initial Disclosures:** The parties propose that initial disclosures authorized under F.R.Civ.P. 26(a)(1) be served within 30 days of initial scheduling order.

**8. Discovery:** The parties propose that the Court set a discovery schedule for this case, in accordance with the attached proposed Scheduling Order. The parties believe that 180 days are necessary to complete discovery. Interrogatories and requests for production of documents are limited to 25 in number each. The parties are limited to 10 depositions per side with each deposition limited to seven hours. Should sensitive personal and/or medical information be exchanged during the course of discovery in this case, the parties will submit an appropriate protective order for the Court's approval.

**9. Experts:** The parties propose that plaintiff's expert disclosures be served within 45 days after the entry of the scheduling order. The parties propose that defendant's expert disclosures should be served within 45 days after service of plaintiff's expert disclosures.

**10. Class Action Procedures:** Not applicable.

**11. Bifurcation of Discovery or Trial:** The parties do not see any need for bifurcation.

- 2 -

**12. Proposed Date For The Pretrial Conference:** Plaintiff asks the Court to set a date certain in the initial scheduling order. Defendant proposes that pretrial date be set within 60 days after Court rules on post-discovery dispositive motions.

**13. Trial Date:** Plaintiff proposes that the trial date be set in the initial scheduling order for some time in the Winter of 2007/2008. Should a trial be necessary in this case, defendant proposes setting trial date at pretrial conference.

**14. Other Matters:** None.

A proposed Scheduling Order incorporating the parties' suggestions is attached.

Respectfully Submitted,

David H. Shapiro, D.C. Bar # 961326
James E. Simpson, D.C. Bar # 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300

Counsel for the Plaintiff

August 9, 2006

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

OLIVER W. McDANIEL, D.C. Bar #377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendant

- 3 -