UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANA C. TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE R. JAMES, Public Printer,<br>  U.S. Government Printing Office,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A.No.: 05-2158 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

UPON CONSIDERATION of the Parties' Rule 16.3 Report, it is by this Court this ___ day of August 2006

ORDERED the following Scheduling Order be and the same hereby is ISSUED

1. Parties will serve initial disclosures within 30 days of initial scheduling order;

2. Plaintiff will disclose expert witness information by September 25, 2006;

3. Defendant will disclose expert witness information by November 9, 2006;

4. Discovery will close on February 6, 2007;

5. Parties will be limited to twenty-five (25) interrogatories and twenty-five (25) requests for production of documents per side;

6. Parties will be limited to ten depositions per side;

7. Dispositive motions will be filed as indicated below

    (a) Motion for Summary Judgment within sixty (60) days after close of discovery - April 9, 2007;

    (b)    Opposition to Motion for Summary Judgment within forty-five (45) days after service of such motion - May 24, 2007;

    (c)    Reply to Opposition to Motion for Summary Judgment within twenty-one (21) days of service of opposition - June 14, 2007;

8.    A pretrial conference date and trial date will be scheduled as necessary upon further order of court.

_____
UNITED STATES DISTRICT JUDGE