UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL F. DIMARIO, et al.,<br><br>    Defendants. | Civil Action 05-02158 (HHK) |

**ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION**

With the consent of the parties, it is by the court this 10th day of August, 2006,

ORDERED that the above-captioned action is referred to mediation to commence on 2/6/2007 and conclude by 4/7/ 2007 ; and it is further

ORDERED that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

ORDERED that the first mediation session take place three weeks after the mediator is assigned; and it is further

ORDERED that the Clerk of the Court is directed to furnish **a** copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

ORDERED that if the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

                Henry H. Kennedy, Jr.
                United States District Judge