UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRUCE R. JAMES, Public Printer, )<br>  U.S. Government Printing Office, )<br>)<br>Defendant. )<br>_____) | C.A. No.: 05-2158 (HHK) |

PLAINTIFF'S CONSENT MOTION TO AMEND COMPLAINT
AND RESET SCHEDULING ORDER

Plaintiff, by and through her below-signed counsel, respectfully submits this consent motion to amend her complaint and moves this Court to reset the scheduling order in this matter.

During the initial scheduling conference in this matter on August 10, 2006, counsel for the parties introduced the possibility that plaintiff might move to amend her complaint, as she had filed a formal administrative EEO complaint with the Agency, GPO Case Number 06-02, on November 9, 2005, and was awaiting completion of the investigation into that complaint. On January 9, 2007, plaintiff received a Report of Investigation in GPO Case Number 06-02, and as more than 180 days have elapsed since she filed her formal EEO complaint with the Agency, she may as a matter of right file a lawsuit in that underlying formal EEO complaint. Rather than filing a separate complaint based upon the issues in GPO Case Number 06-02 and in the interest of judicial economy, plaintiff hereby moves this Court to grant her consent motion to amend her complaint to include the issues of discrimination/retaliation as identified in GPO Case Number 06-02.

During the period February 2-6, 2007, counsel for the parties discussed the instant motion

and defendant's counsel has advised that defendant consents to this motion.[1] In addition, counsel for the parties agree that mediation efforts, prior to initiation of discovery based on the amended complaint, may be productive in this case.

Plaintiff hereby respectfully moves this Court to grant her consent motion to amend her complaint and to reset the scheduling order.

Respectfully submitted,

_____/s/_____
David H. Shapiro
D.C. Bar No. 961326
James E. Simpson
D.C. Bar No. 482870
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorneys for Plaintiff

---

[1] "By consenting to this motion, Defendant does not affirm the truth of the allegations of the amended complaint, but consents only to the procedure of amending the complaint. Defendant's answer to the amended complaint will state his position on each of the allegations thereof."