UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>BRUCE R. JAMES, Public Printer,<br>　U.S. Government Printing Office,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.:  05-2158 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>O R D E R</u>

UPON CONSIDERATION of the plaintiff's consent motion to amend her complaint and moves this Court to reset the scheduling order in this matter, it is hereby

ORDERED that the plaintiff's motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that a separate scheduling order will be signed in this matter.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
James E. Simpson
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
dhshapiro@swickandshapiro.com

    and

Oliver McDaniel
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Oliver.McDaniel@usdoj.gov