UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE R. JAMES, Public Printer,<br>   U.S. Government Printing Office,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A.No.: 05-2158 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

UPON CONSIDERATION of plaintiff's consent motion to amend her complaint, there being good cause shown, and in the interest of judicial economy, it is by this Court this ___ day of February 2007

ORDERED the following Scheduling Order be and the same hereby is ISSUED

1. Discovery shall be stayed for 90 days following issuance of this initial scheduling order to allow for mediation;

2. Discovery will commence immediately after the mediation period and be completed within 180 days.

3. Parties will serve any supplemental initial disclosures within 30 days of commencement of discovery period;

4. Plaintiff will disclose expert witness information within 45 days of commencement of discovery period;

5. Defendant will disclose an expert witness report within 45 days of plaintiff

serving an expert report upon defendant, consistent with Fed. R. Civ. P. 26(a)(2);

6. Parties will be limited to twenty-five (25) interrogatories and twenty-five (25) requests for production of documents per side;

7. Parties will be limited to ten depositions per side;

8. Dispositive motions will be filed as indicated below

    (a) Motion for Summary Judgment within sixty (60) days after close of discovery;

    (b) Opposition to Motion for Summary Judgment within forty-five (45) days after service of any Motion for Summary Judgment;

    (c) Reply to Opposition to Motion for Summary Judgment within twenty-one (21) days of service of opposition;

9. Pretrial Conference will be set for _____, 2007.

_____
UNITED STATES DISTRICT JUDGE