UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL F. DIMARIO, et al.,<br>　　　　　　Defendants. | Civil Action 05-02158 (HHK) |

**O R D E R**

Upon consideration of the plaintiff's consent motion to amend her complaint and to reset the scheduling order in this case (#14), it is hereby

**ORDERED** that the plaintiff's motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that the amended complaint that accompanies plaintiff's motion is accepted for filing and deemed filed as of the filing date of this order; and it is further

**ORDERED** that the parties shall comply with the following deadlines and directives:

1. Discovery shall be stayed for 90 days following issuance of this initial scheduling order to allow for mediation;

2. Discovery will commence immediately after the mediation period and be completed within 180 days.

3. Parties will serve any supplemental initial disclosures within 30 days of commencement of discovery period;

4. Plaintiff will disclose expert witness information within 45 days of commencement of discovery period;

5. Defendant will disclose an expert witness report within 45 days of plaintiff serving an expert report upon defendant, consistent with Fed. R. Civ. P. 26(a)(2);

6. Parties will be limited to twenty-five (25) interrogatories and twenty-five (25) requests for production of documents per side;

7. Parties will be limited to ten (10) depositions per side;

8. Dispositive motions will be filed as indicated below:

    (a) Motion for summary judgment within sixty (60) days after close of discovery,

    (b) Opposition to motion for summary judgment within forty-five (45) days after service of any motion for summary judgment;

    (c) Reply to opposition to motion for summary judgment within twenty-one (21) days of service of opposition.

Henry H. Kennedy, Jr.
United States District Judge

Dated: February 7, 2007