UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES, | ) |
|     Plaintiff, | ) |
| v. | ) C.A.No.:  05-2158 (HHK) |
| BRUCE R. JAMES, Public Printer,<br>   U.S. Government Printing Office, | ) |
|     Defendant. | ) |

**JOINT MOTION TO EXTEND TIME FOR MEDIATION**

The parties, by and through below-signed counsel, respectfully move for an extension of time in which to engage in mediation for sixty days, up to and including June 6, 2007.  The period for mediation is currently scheduled to end on April 7, 2007.

The reasons for this motion include the fact that for good cause the assigned mediator was recently replaced on March 21, 2007, and counsel for the parties have not been able to schedule a date for mediation due to their heavy calendar commitments.  This motion for an extension of sixty days should provide counsel for the parties sufficient time to schedule and engage in mediation.  At this point, the parties remain committed to mediation in the hopes that further litigation efforts might be avoided.  The newly assigned mediator consents to this request for an extension in time.

The parties respectfully urge that this joint motion be granted.

Respectfully submitted,

| | |
|---|---|
| _____/s/ (JES)_____<br>David Shapiro, D.C. Bar #961326<br>James E. Simpson, D.C. Bar #482870<br>SWICK & SHAPIRO<br>1225 I Street, N.W., Suite 1290<br>Washington, D.C. 20005<br>(202) 842-0300<br><br>Counsel for the Plaintiff | JEFFREY A. TAYLOR, D.C. Bar # 498610<br>United States Attorney<br><br>By: _____/s/_____<br>OLIVER W. McDANIEL, D.C. Bar #377360<br>Assistant United States Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 616-0739<br><br>Counsel for the Defendant |