UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES,               ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | |
|     v.                       ) | C.A.No.: 05-2158 (HHK) |
|                              ) | |
| BRUCE R. JAMES, Public Printer, ) | |
|     U.S. Government Printing Office, ) | |
|                              ) | |
|     Defendant.               ) | |

**ORDER**

UPON CONSIDERATION of the joint motion to extend the period for mediation for sixty days, up to and including June 6, 2007, it is hereby

ORDERED that the joint motion be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that the period for mediation in this case will be extended until June 6, 2007.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
dhshapiro@swickandshapiro.com

    and

Oliver McDaniel
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Oliver.McDaniel@usdoj.gov