UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>BRUCE R. JAMES, Public Printer,<br>   U.S. Government Printing Office,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  05-2158 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND TIME FOR MEDIATION**

The parties, by and through below-signed counsel, respectfully move for an additional extension of time of sixty days, up to and including August 6, 2007, in which to engage in mediation. The case was referred to the Circuit Executive's Alternative Dispute Resolution Program. The parties wish to continue use of this service. An initial mediation period ended in this case on June 6, 2007.

When the parties requested the initial period of mediation, the parties did not anticipate just how hectic Counsels' schedules would be and how difficult it would be to find an agreeable date for mediation. However, the schedules of Counsel for the parties have been extremely demanding, particularly when having to find mutually available time to all counsel working on the case. Specifically, Counsel for the Defendant had, and continues to have, discovery production obligations in the nationwide class action suit of *Hubbard v. Potter*, C.A. No. 03-1062 (RJL). Additionally, Counsel for Defendant had to prepare for and argue a motion to compel discovery in *Obrycki v. Perry*, 05-0857 (RWR). Counsel for the Defendant further was involved in taking depositions in the

class action litigation of *Johnson, et al. v. District of Columbia, et al.*, 02-2364 (RMC) and in defending ordered depositions in *Negley v. FBI*, 03-2126 (GK).

Beyond these obligations, Counsel for the Defendant, moreover, had a number of significant filings that were due in April, May and early June. Counsel had to file a brief in the Title VII appeal in *Patterson v. Johnson*, Appeal No. 05-5415, which was filed on April 12, 2007. Counsel was scheduled to file a response to the Amended Complaint in *Powers-Bunce v. District of Columbia*, 06-1586 (RMC) on May 31, 2007, but sought an extension. Counsel had to file a reply memoranda in *Bragdon v. U.S.A.*, 06-0258 (JR) and in *Battle v. Peters*, Appeal No. 06-5424 (D.C. Cir.) on May 17, 2007 and May 23, 2007, respectively. The most significant demand on Counsel for Defendant's time was filing a proponent's brief in the case of *Canadian Commercial Corp., et al. v. U.S. Air Force*, Appeal No. 06-5310, which took much longer than anticipated and was filed on June 1, 2007. These and other obligations of Counsel for the Defendant, together with Counsel for the Plaintiff's heavy litigation schedule outlined below, made it difficult for all counsel, including agency counsel, to find mutually convenient dates for mediation in this matter.

Plaintiff's Counsel's litigation calendar has been extremely heavy during the period March through June 2007. Counsel for the Plaintiff had to prepare for and participate in several civil trials in the matters of *Adams v. Mineta*, C.A. No. 04-0856 (D.D.C.) (originally scheduled for March 5-9, 2007, but rescheduled to June 13-19, 2007); *Bryant v. Leavitt*, C.A. No. 05-0250 (D.D.C.) (April 16-26, 2007); *Czekalski v. Mineta*, C.A. No. 02-01403 (D.D.C.) (originally scheduled for May 7-18, 2007, but rescheduled shortly before trial was to start); and *Simpson v. Leavitt*, C.A. No. 03-1123 (D.D.C.) (June 4-8, 2007). In addition, the primary associate working this case was engaged in hearings in the matters of *Nwachuku v. EPA*, MSPB Docket No. DC-0752-07-0259-I-1 (March 20-

21, 2007); *McCutcheon v. FDIC*, EEOC No. 570-2006-0129X, Agency No. FDICEO-050050 (April 5, 2007) (complainant withdrew her request for a hearing on April 4, 2007); and *Duvall v. DHHS*, MSPB Docket No. DC-0752-07-0131-I-1 (April 13, 2007) (appeal dismissed without prejudice on March 31, 2007). Also, that associate was preparing for a three-day hearing scheduled in the matter of *Landreth v. DOJ*, EEOC No. 140-2005-00078X, Agency File No. F-03-5804, in Charlotte, North Carolina (originally set for May 14-16, 2007), when on May 3, 2007, the hearing was rescheduled to June 26-27, 2007. Moreover, Plaintiff's Counsel have been engaged, and will continue to engage, in motions practice and discovery in the matters of *Johnson v. Billington*, C.A. No. 98-1618 (D.D.C.); *Chowdhury v. FDIC*, C.A. No. 05-2368 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-0314 (D.D.C.); *Jeffers v. PBGC*, C.A. No. 03-1762 (D.D.C.); *Chappell-Johnson v. FDIC*, C.A. No. 06-1074 (D.D.C.); *Allen v. DHHS*, No. 531-2007-00119X, Agency File No. HRS-06-06; and *Nwachuku v. EPA*, C.A. No. 06-0946 (D.D.C.).

Counsels' schedules have opened to some extent now, and this motion for an extension of sixty days should provide counsel for the parties sufficient time to schedule and engage in mediation. This additional period of a full sixty days is necessary primarily because scheduling is still difficult and to give time for mediation, to work out the details of any agreement, and to account for the anticipated personal unavailability of counsel during the first week of July 2007. Despite the inability of Counsel for the parties to find mutually available dates, the parties remain committed to attempting to resolve this matter through mediation. The parties have agreed on a specific date of June 15, 2007. The mediator has reported her availability on this date.

Accordingly, the parties respectfully urge that this joint motion be granted.

Respectfully submitted,

| | |
|---|---|
| _____/s/ (JES)_____ | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| David Shapiro, D.C. Bar #961326 | United States Attorney |
| James E. Simpson, D.C. Bar #482870 | |
| SWICK & SHAPIRO | |
| 1225 I Street, N.W., Suite 1290 | |
| Washington, D.C. 20005 | By: _____/s/_____ |
| (202) 842-0300 | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| Counsel for the Plaintiff | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | |
| | Counsel for the Defendant |

June 11, 2007