UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANA C. TORRES, | ) </br> ) |
|     Plaintiff, | ) </br> ) |
|     v. | )    C.A. No.: 05-2158 (HHK) </br> ) |
| BRUCE R. JAMES, Public Printer, </br>    U.S. Government Printing Office, | ) </br> ) </br> ) |
|     Defendant. | ) </br> ) |

**JOINT STATUS REPORT**

    The Parties, through counsel, respectfully inform the Court of the status of their mediation efforts. Since the Court's minute entry order of June 12, 2007, the parties have exchanged a number of electronic mail messages and had a number of telephone conversations. Counsel for the Parties met in person on June 16, 2007, and had a substantial discussion concerning potential settlement options and scenarios. The Parties attempted to meet again on July 11, 2007, but were precluded from doing so by the substantial litigation demands of Counsel for the Defendant, and the vacation schedules of other participants. Notwithstanding the difficulty of meeting, the Parties are still very interested in settling the case.

    While the Parties still are unable to assess the ultimate prospects for settlement of the case, the Parties believe that an additional period for mediation, at least until the end of August, will benefit our efforts to resolve this case. Counsel for the Defendant has an argument in the Court of

Appeals on the morning of September 7, 2007, and thus will need to continue or postpone the currently scheduled status conference in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ (JES) | JEFFREY A. TAYLOR, D.C. Bar # 498610 |
| David Shapiro, D.C. Bar #961326 | United States Attorney |
| James E. Simpson, D.C. Bar #482870 | |
| SWICK & SHAPIRO | |
| 1225 I Street, N.W., Suite 1290 | |
| Washington, D.C. 20005 | By: /s/ |
| (202) 842-0300 | OLIVER W. McDANIEL, D.C. Bar #377360 |
| | Assistant United States Attorney |
| Counsel for the Plaintiff | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | |
| | Counsel for the Defendant |

August 3, 2007

2